IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SARAH HAPKA, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>CARECENTRIX, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:16-cv-02372-KGG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

  Plaintiff Sarah Hapka ("Plaintiff"), on behalf of herself and similarly situated individuals, respectfully requests that this Court enter an order and judgment (1) granting final approval of the class action settlement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e); (2) finally certifying the class action for settlement purposes pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e); (3) dismissing this case with prejudice pursuant to the terms of the Settlement Agreement; and (4) finding that the settlement class members are bound by the releases set forth in the Settlement Agreement.

  In support of this motion, Plaintiff submits herewith a memorandum in support of final approval and supporting materials including the Declaration of Barrett J. Vahle and the Supplemental Declaration of Mark P. Rapazzini, Esq. regarding the notice and claims process. A proposed order and final judgment will be submitted to the Court in advance of the final fairness hearing.

Dated: January 25, 2018　　　　　　　　Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

/s/ *Barrett J. Vahle*
Norman E. Siegel　　(D. Kan. No. 70354)
Barrett J. Vahle　　(D. Kan. No. 78300)
J. Austin Moore　　(D. Kan. No. 78557)
Alexander T. Ricke　(KBA No. 26302)
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
moore@stuevesiegel.com
ricke@stuevesiegel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

　　　　　　　　　　　　　　　　　　By: /s/ *Barrett J. Vahle*
　　　　　　　　　　　　　　　　　　　　　Barrett J. Vahle